1030

[No. 47811-1-II.   Division Two.   January 10, 2017.]

WILLIAM HENRY MORGAN, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-2-00716-4, Erik D. Price, J., entered May 8, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Sutton, JJ.

[No. 33593-3-III.   Division Three.   January 10, 2017.]

CYNTHIA VENEZIANO, *Appellant*, v. PATRICIA J. CHVATAL, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-2-01576-1, Douglas L. Federspiel, J., entered June 8, 2015. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 33702-2-III.   Division Three.   January 10, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL ANGEL MAGALLAN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 15-1-00533-8, Michael G. McCarthy, J., entered August 14, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Siddoway, J.